# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



*E-filing*

Rodney C. Nash,

v.

Navy Federal Credit Union, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08-01521 EDL**

TO: (Name and address of defendant)

NAVY FEDERAL CREDIT UNION, 820 Follin Lane, Vienna, VA  22180;
EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation, 475 Anton Blvd, Costa Mesa, CA  92626
TRANS UNION LLC, a Delaware corporation, 555 W. Adams Street, Chicago, IL  60661
EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation, 1550 Peachtree St, NW
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel: (415) 861-2265
Fax: (415) 861-3151
Email: mark@kabolaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 9 2008
DATE

CYNTHIA LENAHAN
(BY) DEPUTY CLERK