KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:    (415) 861-2265
Fax:   (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiff Rodney C. Nash

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rodney C. Nash

       Plaintiff(s),

   v.

Navy Federal Credit Union, et al

       Defendant(s).

No. C 08-01521 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 1, 2008

Signature *MARK F. ANDERSON*

Counsel for Plaintiff Rodney C. Nash
(Plaintiff, Defendant or indicate "pro se")