1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 RODNEY C. NASH,                      ) Case No:  C08-01521 EDL
                                        )
12              Plaintiff,              )
                                        )
13 v.                                   )
                                        )
14 NAVY FEDERAL CREDIT UNION,           )
   EXPERIAN INFORMATION SOLUTIONS,      ) **DEFENDANT EQUIFAX**
15 INC., a Ohio corporation, TRANS UNION ) **INFORMATION SERVICES LLC'S**
   LLC, a Delaware corporation, EQUIFAX ) **NOTICE OF INTERESTED PARTIES**
16 INFORMATION SERVICES LLC, a Georgia  )
17 corporation,                         )
                                        )
18              Defendants.             )
                                        )
19                                      )
                                        )
20 _____  )

21        Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX

22 INFORMATION SERVICES LLC., certifies that the following listed parties have a direct,

23 pecuniary interest in the outcome of this case.  These representations are made to enable the

24 Court to evaluate possible disqualification or recusal:

25        1.      Equifax Information Services, LLC, successor in interest to Equifax Credit

26                Information Services, Inc., is a wholly-owned subsidiary of Equifax, Inc., a

27                publicly traded company; and

28

                                – 1 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

NOTICE OF INTERESTED PARTIES OF DEFENDANT EQUIFAX
Case No: C 08-01521 EDL

1

    2.      Equifax Inc. is a Georgia corporation and a publicly traded company.

2

                        NOKES & QUINN

3

4

Dated:  April 11, 2008

5

                        THOMAS P. QUINN, JR.
                        Attorneys for Defendant EQUIFAX

6

                        INFORMATION SERVICES LLC

7

Of Counsel:

8

Brian J. Olson

9

King & Spalding LLP
1180 Peachtree Street, N.E.

10

Atlanta, GA 30309
Tel: (404) 572-4600

11

Fax: (404) 572-5100

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

NOTICE OF INTERESTED PARTIES OF DEFENDANT EQUIFAX
Case No: C 08-01521 EDL

## CERTIFICATE OF SERVICE

Nash v. Equifax et al., Case No. C08-1521 EDL

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On April 11, 2008. I served a true copy of the

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
NOTICE OF INTERESTED PARTIES**

[ ]    By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]    By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

**Mark F. Anderson**
Kemnitzer Anderson Barron Ogilvie & Brewer, LLP
445 Bush Street, Sixth Floor
San Francisco, CA 94108
(415) 861-2265
Fax: (415) 861-3151
Email: mark@kabolaw.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____/s/ YVONNE M. HOMAN_____
YVONNE M. HOMAN

Place of Mailing:  Laguna Beach, California

Executed on April 11, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

NOTICE OF INTERESTED PARTIES OF DEFENDANT EQUIFAX
Case No: C 08-01521 EDL