1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA  94105
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX  75201
8  Telephone:     (214) 220-3939
   Facsimile:     (214) 969-5100
9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11

                         UNITED STATES DISTRICT COURT
12
                        NORTHERN DISTRICT OF CALIFORNIA
13

14
   **RODNEY C. NASH**                        Case No. C-08-01521
15
          **Plaintiff,**                     **EXPERIAN INFORMATION
16                                           SOLUTIONS, INC.'S CERTIFICATE
      v.                                     OF INTERESTED PARTIES**
17
   **NAVY FEDERAL CREDIT UNION;
18 EXPERIAN INFORMATION
   SOLUTIONS, INC., a Ohio corporation;
19 TRANS UNION LLC, a Delaware
   corporation; EQUIFAX INFORMATION
20 SERVICES, LLC, a Georgia corporation;**

21        **Defendant.**

22

23        The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian")

24 hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties

25 have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable

26 the Court to evaluate possible disqualification or recusal:

27        1.      Parent Companies:  The parent company of Experian is Experian Group Limited.

28        2.      Subsidiaries Not Wholly Owned:  The following companies are subsidiaries of

DLI-6182270v1                                              EXPERIAN'S CERTIFICATE OF
                                                           INTERESTED PARTIES

1 | Experian that are not wholly owned:

2 |     (a)    First American Real Estate Solutions, LLC

3 |     (b)    First American Real Estate Solutions II, LLC

4 |     (c)    Vehicle Title, LLC

5 |     (d)    Central Source LLC

6 |     (e)    Online Data Exchange LLC

7 |     (f)    New Management Services LLC

8 |     (g)    Vantage Score Solutions LLC

9 |     3.    Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

DATED this 11th day of April, 2008.

Dated: April 11, 2008

JONES DAY

By: /s/ David L. Wallach
David L. Wallach
California Bar No. 233432
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
dwallach@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Of Counsel:

/s/ Cindy W. Andrew
Cindy W. Andrew
Of Counsel
Texas Bar No. 00796128
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
candrew@jonesday.com

DLI-6182270v1

- 2 -

EXPERIAN'S CERTIFICATE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served on Mark F. Anderson, Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco, California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing system this 11th day of April, 2008.

/s/ David L. Wallach
David L. Wallach