Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Telephone: 510-465-1788
Fax: 510-874-7219
E-Mail: darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY C. NASH, | ) CASE NO. 3:08-cv-01521-EDL |
| Plaintiff, | ) |
| | ) |
| vs. | ) **CERTIFICATION OF** |
| | ) **INTERESTED ENTITIES OR** |
| NAVY FEDERAL CREDIT UNION; | ) **PERSONS** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| an Ohio corporation; TRANS UNION LLC, a | ) |
| Delaware corporation; and | ) |
| EQUIFAX INFORMATION SERVICES, LLC, a | ) |
| Georgia corporation; | ) |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than Defendant Trans Union, LLC and its parent corporation, Trans Union Corp., there is no other individual or entity known to counsel that has a direct pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully submitted,

*s/ Darya S. Druch*
Darya S. Druch, Esq. (CSB #135827)

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 3:08-cv-01521-EDL

Page 1 of 1

|   |   |
|---|---|
| 1 | One Kaiser Plaza, Suite 480 |
| 2 | Oakland, CA 94612 |
|   | Telephone: 510-465-1788 |
| 3 | Fax: 510-874-7219 |
|   | E-Mail: darya@daryalaw.com |
| 4 |   |
| 5 | *Local Counsel for Defendant Trans Union, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** has been filed electronically on the **14th day of April, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Mark F. Anderson, Esq. | David L. Wallach, Esq. |
|---|---|
| mark@kabolaw.com | dwallach@jonesday.com |
| Thomas P. Quinn, Esq. |   |
| yhoman@nokesquinn.com |   |

The undersigned further certifies that a true copy of the foregoing **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **14th day of April, 2008**, properly addressed as follows:

**for Defendant Trans Union, LLC**:
Wade D. Fulford, Esq.
Christopher T. Lane, Esq.
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204

*s/ Darya S. Druch*
Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA 94612

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 3:08-cv-01521-EDL

|  |  |
|---|---|
| 1 | Telephone: 510-465-1788 |
| 2 | Fax: 510-874-7219<br>E-Mail: darya@daryalaw.com |
| 3 | |
| 4 | *Local Counsel for Defendant Trans Union, LLC* |

28 — CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 3:08-cv-01521-EDL