| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Wade D. Fulford, Esq.
Schuckit & Associates, P.C.
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400

FILED
08 APR 18 PM 1: 15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rodney C. Nash,

                Plaintiff(s),

v.

Navy Federal Credit Union, et al.

                Defendant(s).

CASE NO. 3:08-cv-01521-EDL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Wade D. Fulford, an active member in good standing of the bar of see attached, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Trans Union, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Darya S. Druch, Esq., One Kaiser Plaza, Suite 480 Oakland, CA 94612, tel. 510-465-1788

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/15/08

_Wade D. Fulford_

**Attachment to Application for Admission of Attorney *Pro Hac Vice*
for
<u>Wade D. Fulford</u>**

Indiana Supreme Court
U.S. District Court for the Northern District of Indiana
U.S. District Court for the Southern District of Indiana
U.S. District Court for the Eastern District of Michigan
U.S. District Court for the Western District of Michigan
U.S. District Court for the Northern District of Ohio
U.S. District Court for the Eastern District of Wisconsin
U.S. District Court for the Western District of Wisconsin
U.S. Court of Appeals for the Seventh Circuit