UNITED STATES DISTRICT COURT

Northern District of California

Rodney C. Nash,

CASE NO. 3:08-cv-01521-EDL

Plaintiff(s),

v.

Navy Federal Credit Union, et al.

Defendant(s).
_____/

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Christopher T. Lane                           , an active member in good standing of the bar of
see attached                                  whose business address and telephone number
(particular court to which applicant is admitted)
is
Schuckit & Associates, P.C., 10 W. Market Street, Suite 3000, Indianapolis, IN 46204, tel. 317-363-2400
,
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge

**Attachment to Application for Admission of Attorney *Pro Hac Vice*
for
<u>Christopher T. Lane</u>**

Indiana Supreme Court
U.S. District Court for the Northern District of Indiana
U.S. District Court for the Southern District of Indiana
U.S. District Court for the Eastern District of Michigan
U.S. District Court for the Western District of Michigan
U.S. District Court for the Northern District of Ohio
U.S. District Court for the Eastern District of Wisconsin
U.S. District Court for the Western District of Wisconsin
U.S. Court of Appeals for the Eighth Circuit
U.S. Court of Appeals for the Sixth Circuit