UNITED STATES DISTRICT COURT
Northern District of California

Rodney C. Nash,

CASE NO. 3:08-cv-01521-EDL

Plaintiff(s),

v.

Navy Federal Credit Union, et al.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Wade D. Fulford                              , an active member in good standing of the bar of
see attached                              whose business address and telephone number
(particular court to which applicant is admitted)
is
Schuckit & Associates, P.C., 10 W. Market Street, Suite 3000, Indianapolis, IN 46204, tel. 317-363-2400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/24/08

_____
United States Magistrate Judge