PAULA G. TRIPP (Bar No. 113050)
　pgt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant NAVY FEDERAL CREDIT UNION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY C. NASH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NAVY FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>　　　　　Defendants. | Case No. C08-01521 EDL<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Local Rule 3-16]** |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 7, 2008　　　　ANDERSON, McPHARLIN & CONNERS LLP


　　　　　　　　　　　　　　　　By: /s/ Paula G. Tripp
　　　　　　　　　　　　　　　　　　Paula G. Tripp
　　　　　　　　　　　　　　　　Attorneys for Defendant NAVY FEDERAL CREDIT UNION

679740.1 4525.917

C08-01521 EDL

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [Local Rule 3-16]