PAULA G. TRIPP (Bar No. 113050)
  pgt@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Defendant NAVY FEDERAL CREDIT UNION**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY C. NASH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANS UNION LLC, a Delaware corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation,<br><br>　　　　Defendants. | Case No. C08-01521 EDL<br><br>**PROOF OF SERVICE BY MAIL** |

　　　　I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

　　　　On May 7, 2008, I served the following document(s) described as:

　　　　(1)　　DEFENDANT NAVY FEDERAL CREDIT UNION'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL;

　　　　(2)　　CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [Local Rule 3-16]; and

　　　　(3)　　PROOF OF SERVICE BY MAIL.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Cindy W. Andrew, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on May 7, 2008, at Los Angeles, California.

_____
Irma L. Raygoza