THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. NASH,<br><br>                    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION LLC, EQUIFAX<br>INFORMATION SERVICES LLC,<br><br>                    Defendants. | Case No: C 08-01521 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

        The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                        NOKES & QUINN

Dated: May 16, 2008                    s/ THOMAS P. QUINN, JR.
                                        THOMAS P. QUINN, JR.,
                                        Attorneys for Defendant EQUIFAX
                                        INFORMATION SERVICES, LLC

4977900                                - 1 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C 08-01521 EDL

**CERTIFICATE OF SERVICE**

Nash v. Equifax et al., Case No. C08-01521 EDL

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On May 26, 2008. I served a true copy of the

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

[ ]     By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]    By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

> Cindy W. Andrew
> Jones Day
> 2727 North Harwood Street
> Dallas, TX 75201

[X]     By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

> Mark F. Anderson     mark@kabolaw.com
>
> Darya Sara Druch     darya@daryalaw.com
>
> Wade D. Fulford     wfulford@schuckitlaw.com, asmith@schuckitlaw.com
>
> Christopher T. Lane     clane@schuckitlaw.com, asmith@schuckitlaw.com
>
> Thomas P. Quinn     yhoman@nokesquinn.com, tquinn@nokesquinn.com
>
> Paula Gesele Tripp     pgt@amclaw.com
>
> David L. Wallach     dwallach@jonesday.com, saltamirano@jonesday.com

4977900

- 2 –

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C 08-01521 EDL

1    I hereby certify that I am employed in the office of a member of the Bar of this Court at
2  whose direction the service was made.

3    I hereby certify under the penalty of perjury that the foregoing is true and correct.

4

5                                   /S/ YVONNE M. HOMAN
                                   YVONNE M. HOMAN

6

   Place of Mailing:  Laguna Beach, California
7
   Executed on May 16, 2008, at Laguna Beach, California.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No: C 08-01521 EDL