UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|                     |                                               |
|---------------------|-----------------------------------------------|
| Plaintiff(s),       | CASE NO.                                      |
| v.                  | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Defendant(s).       |                                               |
| _____/|                                               |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR (*please identify process and provider*) _____
_____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____

Dated:_____                       _____
                                        Attorney for Plaintiff

Dated:_____                       _____
                                        Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐    Non-binding Arbitration
- ☐    Early Neutral Evaluation (ENE)
- ☐    Mediation
- ☐    Private ADR

    Deadline for ADR session
- ☐    90 days from the date of this order.
- ☐    other _____

IT IS SO ORDERED.

Dated:_____             _____

                                                UNITED STATES              JUDGE

Page 2 of Stipulation & (Proposed) Order Selecting ADR Process, Rodney C. Nash v Navy Federal Credit Union, CV 08 01521 JSW

Dated: July 8, 2008

/s/ Paula G. Tripp
Anderson, McPharlin & Conners LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, CA 90071-2901
Phone: (213) 688-0080
Fax: (213) 622-7594
pgt@amclaw.com
Attorney for Navy Federal Credit Union

Dated:  July 8, 2008.

/s/ Darya S. Druch
One Kaiser Plaza, Ste 480
Oakland, CA 94612
Phone: (510) 465-1788
Fax: (510) 874-7219
darya@daryalaw.com
Attorney for Trans Union LLC

/s/ Wade Fulford
Schuckit & Associates, P.C.
30th Floor Market Tower
10 West Market Street, Suite 3000
Indianapolis, IN 46204
Phone: (317) 363-2400
Fax: (317) 363-2257
Email: wfulford@schuckitlaw.com

Dated:  July 8, 2008.

/s/Thomas P. Quinn, Jr.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CAQ 92651
Phone: 949.376.3055
Fax: 949.376.3070
tquinn@nokesquinn.com
Attorneys for Equifax Information Services LLC

*Nash v Navy FCU,* No. 3:08-cv-01521-JSW            1