UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rodney C. Nash

                Plaintiff(s),

Case No. 3:08-cv-01521-JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Navy Federal Credit Union, et al.

                Defendant(s).

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7-7-08

                                                            [Party] Patricia Norris,
                                                               for Trans Union, LLC

Dated: 7-7-08

                                                           [Counsel] Christopher T. Lane, Esq.,
                                                              for Trans Union, LLC