1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 RODNEY C. NASH,                                  ) Case No:  C08-01521 JSW
                                                    )
12         Plaintiff,                               ) ORDER DENYING
                                                    ) **REQUEST TO APPEAR**
13 v.                                               ) **TELEPHONICALLY AT CASE**
                                                    ) **MANAGEMENT CONFERENCE;**
14 NAVY FEDERAL CREDIT UNION,                       ) **[PROPOSED] ORDER**
   EXPERIAN INFORMATION SOLUTIONS,                  )
15 INC., a Ohio corporation, TRANS UNION            )
   LLC, a Delaware corporation, EQUIFAX             )
16 INFORMATION SERVICES LLC, a Georgia              ) Date:       July 25, 2008
   corporation,                                     ) Time:       1:30 p.m.
17                                                  )
                                                    )
18         Defendants.                              )
                                                    )
19                                                  )

20

21       **TO THE HONORABLE COURT AND TO ALL COUNSEL OF RECORD:**

22       Defendant EQUIFAX INFORMATION SERVICES LLC, through its counsel,

23 Thomas P. Quinn, Jr., respectfully requests that it be permitted to appear telephonically at the

24 Case Management Conference scheduled for July 25, 2008, at 1:30 p.m.

25       Defendant EQUIFAX'S counsel of record has his office in Laguna Beach, California.

26 Significant travel cost and related expense would be incurred in order to appear in person at the

27 Case Management Conference when the same can be accomplished telephonically.

28

- 1 –

REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER
Case No: C 08-01521 JSW

1  It is submitted that good cause exists to allow EQUIFAX'S counsel to appear
2  telephonically.

3                                         Respectfully submitted,
4                                         NOKES & QUINN

6  Dated:  July 21, 2008                  _____/s/_____
7                                         THOMAS P. QUINN, JR.
                                          Attorneys for Defendant EQUIFAX
                                          INFORMATION SERVICES LLC

## **ORDER**

Having reviewed the request of counsel for Defendant Equifax herein, ~~and good cause appearing therefor,~~

IT IS HEREBY ORDERED THAT counsel for Defendant Equifax ~~may appear telephonically.~~ shall appear in person at the case management conference.  *See* Initial Scheduling Conference Order at 1:24-26.

DATED: July 21, 2008                  _____
                                      HON. JEFFERY S. WHITE, JUDGE
                                      UNITED STATES DISTRICT COURT

- 2 –

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

REQUEST TO APPEAR TELEPHONICALLY; [PROPOSED] ORDER
Case No: C 08-01521 JSW