# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 25, 2008          **Court Reporter**: Jim Yeomans


**CASE NO. C-8-1521 JSW**

**TITLE:** Rodney C. Nash  v.  Navy Federal Credit Union, et al.,


**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Matthew Da Vega                     Paula Tripp
                                    Darya Druch
                                    David Wallach


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by August 1, 2008.

   **ADR:  Private Mediation to be completed by: 10-23-08**

   **Close of fact discovery:  1-5-09**

   **Close of Expert discovery: 3-5-09**

   **Hearing on dispositive motions (if any):  4-17-09 at 9:00 a.m.**

   **Further CMC :  4-17-09 at 9:00 a.m.**

   **Supplemental Case Management statement due: 4-10-09**

   **Pretrial Conference:  6-15-09 at 2:00 p.m.**

   **Jury Trial:  7-27-09 at 8:30 a.m.  (5 - 7 day est.)**