Christopher T. Lane, Esq. (IN #21704-49)    Admitted *Pro Hac Vice*
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA  94612
Telephone:  510-465-1788
Fax:  510-874-7219
E-Mail:  darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY C. NASH, <br>    Plaintiff, <br><br>  vs. <br><br> NAVY FEDERAL CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANS UNION LLC, a Delaware corporation; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation; <br>    Defendants. | CASE NO. 3:08-cv-01521-JSW <br><br> Judge Jeffrey S. White <br><br> **DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE** |

  The undersigned party hereby declines to consent to the reassignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: August 1, 2008.

DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE – 3:08-cv-01521-EDL

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | |
| 4 | <u>s/ Christopher T. Lane</u><br>Christopher T. Lane, Esq. (IN #21704-49) |
| 5 | Schuckit & Associates, P.C.<br>30th Floor, Market Tower |
| 6 | 10 W. Market Street, Suite 3000<br>Indianapolis, IN 46204 |
| 7 | Telephone: 317-363-2400<br>Fax: 317-363-2257 |
| 8 | E-Mail: clane@schuckitlaw.com |
| 9 | |
| 10 | *Lead Counsel for Defendant Trans Union, LLC* |
| 11 | |
| 12 | Darya S. Druch, Esq. (CSB #135827)<br>One Kaiser Plaza, Suite 480 |
| 13 | Oakland, CA 94612<br>Telephone: 510-465-1788 |
| 14 | Fax: 510-874-7219<br>E-Mail: darya@daryalaw.com |
| 15 | |
| 16 | *Local Counsel for Defendant Trans Union, LLC* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE – 3:08-cv-01521-EDL |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE has been filed electronically on the **1st day of August, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@kabolaw.com | David L. Wallach, Esq.<br>dwallach@jonesday.com |
| Thomas P. Quinn, Jr., Esq.<br>yhoman@nokesquinn.com | Darya S. Druch, Esq.<br>darya@daryalaw.com |
| Paula G. Tripp, Esq.<br>pgt@amclaw.com | |

The undersigned further certifies that a true copy of the foregoing DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **1st day of August, 2008**, properly addressed as follows:

| | |
|---|---|
| Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA  30309 | Cindy W. Andrew, Esq.<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX  75201-1515 |

*s/ Christopher T. Lane*
Christopher T. Lane, Esq. (IN #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE – 3:08-cv-01521-EDL