1 | Christopher T. Lane, Esq. (IN #21704-49)   Admitted *Pro Hac Vice*
Schuckit & Associates, P.C.
2 | 30th Floor, Market Tower
10 W. Market Street, Suite 3000
3 | Indianapolis, IN  46204
Telephone:  317-363-2400
4 | Fax:  317-363-2257
5 | E-Mail:  clane@schuckitlaw.com

6 | *Lead Counsel for Defendant Trans Union, LLC*

7 | Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
8 | Oakland, CA  94612
Telephone:  510-465-1788
9 | Fax:  510-874-7219
10 | E-Mail:  darya@daryalaw.com

11 | *Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RODNEY C. NASH, ) | CASE NO. 3:08-cv-01521-JSW |
| Plaintiff, ) | |
| ) | Judge Jeffrey S. White |
| vs. ) | |
| ) | |
| NAVY FEDERAL CREDIT UNION; ) | **TRANS UNION, LLC'S MOTION** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | **TO WITHDRAW APPEARANCE** |
| an Ohio corporation; TRANS UNION LLC, a ) | **OF WADE D. FULFORD** |
| Delaware corporation; and ) | |
| EQUIFAX INFORMATION SERVICES, LLC, a ) | |
| Georgia corporation; ) | |
| Defendants. ) | |

Christopher T. Lane, of the law firm of Schuckit & Associates, P.C. ("Lane"), hereby moves this Court to withdraw the Appearance of Wade D. Fulford on behalf of Defendant Trans Union, LLC.

TRANS UNION, LLC'S MOTION TO WITHDRAW
APPEARANCE OF WADE D. FULFORD – 3:08-cv-01521-EDL

In support of this Motion, Lane states as follows:

1. Wade D. Fulford is no longer with the law firm of Schuckit & Associates, P.C.

2. Lane and Darya S. Druch remain as counsel for Defendant Trans Union, LLC.

WHEREFORE, Christopher T. Lane, of the law firm of Schuckit & Associates, P.C., respectfully requests that this Court withdraw the Appearance of Wade D. Fulford on behalf of Defendant Trans Union, LLC, and all other relief just and proper within the premises.

Respectfully submitted,

*s/ Christopher T. Lane*
Christopher T. Lane, Esq. (IN #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA  94612
Telephone:  510-465-1788
Fax:  510-874-7219
E-Mail:  darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **TRANS UNION, LLC'S MOTION TO WITHDRAW APPEARANCE OF WADE D. FULFORD** has been filed electronically on the **2nd day of September, 2008**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@kabolaw.com | David L. Wallach, Esq.<br>dwallach@jonesday.com |
| Thomas P. Quinn, Jr., Esq.<br>yhoman@nokesquinn.com | Darya S. Druch, Esq.<br>darya@daryalaw.com |
| Paula G. Tripp, Esq.<br>pgt@amclaw.com | Matthew Scott Da Vega, Esq.<br>mdavega@kabolaw.com |

The undersigned further certifies that a true copy of the foregoing **TRANS UNION, LLC'S MOTION TO WITHDRAW APPEARANCE OF WADE D. FULFORD** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **5th day of September, 2008**, properly addressed as follows:

| | |
|---|---|
| **for Defendant Equifax Information Services, LLC**:<br>Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA  30309 | **for Defendant Experian Information Solutions, Inc.**:<br>Cindy W. Andrew, Esq.<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX  75201-1515 |

         *s/ Christopher T. Lane*
         Christopher T. Lane, Esq. (IN #21704-49)
         Schuckit & Associates, P.C.
         30th Floor, Market Tower
         10 W. Market Street, Suite 3000
         Indianapolis, IN  46204
         Telephone:  317-363-2400
         Fax:  317-363-2257
         E-Mail:  clane@schuckitlaw.com

         *Lead Counsel for Defendant Trans Union, LLC*

1  Christopher T. Lane, Esq. (IN #21704-49)    Admitted *Pro Hac Vice*
   Schuckit & Associates, P.C.
2  30th Floor, Market Tower
   10 W. Market Street, Suite 3000
3  Indianapolis, IN  46204
4  Telephone:  317-363-2400
   Fax:  317-363-2257
5  E-Mail:  clane@schuckitlaw.com

6  *Lead Counsel for Defendant Trans Union, LLC*

7  Darya S. Druch, Esq. (CSB #135827)
   One Kaiser Plaza, Suite 480
8  Oakland, CA  94612
9  Telephone:  510-465-1788
   Fax:  510-874-7219
10 E-Mail:  darya@daryalaw.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

13 **UNITED STATES DISTRICT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **SAN FRANCISCO DIVISION**

16
| | |
|---|---|
| RODNEY C. NASH, | ) CASE NO. 3:08-cv-01521-JSW |
| Plaintiff, | ) |
| | ) Judge Jeffrey S. White |
| vs. | ) |
| | ) |
| NAVY FEDERAL CREDIT UNION; | ) **ORDER ON TRANS UNION LLC'S** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) **MOTION TO WITHDRAW** |
| an Ohio corporation; TRANS UNION LLC, a | ) **APPEARANCE OF WADE D.** |
| Delaware corporation; and | ) **FULFORD** |
| EQUIFAX INFORMATION SERVICES, LLC, a | ) |
| Georgia corporation; | ) |
| Defendants. | ) |

Christopher T. Lane, of the law firm of Schuckit & Associates, P.C., having filed his Motion requesting that this Court withdraw the Appearance of Wade D. Fulford on behalf of Defendant Trans Union, LLC, AND THE COURT, having been duly advised in the premises, NOW FINDS that the same should be granted.

ORDER ON TRANS UNION, LLC'S MOTION TO WITHDRAW
APPEARANCE OF WADE D. FULFORD – 3:08-cv-01521-EDL

Page 1 of 2

1  IT IS, THEREFORE, ORDERED by this Court that the Appearance of Wade D. Fulford on behalf of Defendant Trans Union, LLC be, and the same hereby is withdrawn.  Christopher T. Lane, of the law firm of Schuckit & Associates, P.C., and Darya S. Druch remain as counsel for Defendant Trans Union, LLC.

Dated:_____                    _____
                                                  JUDGE, United States District Court,
                                                  Northern District of California

DISTRIBUTION:

| Mark F. Anderson, Esq.<br>mark@kabolaw.com | David L. Wallach, Esq.<br>dwallach@jonesday.com |
|---|---|
| Thomas P. Quinn, Jr., Esq.<br>yhoman@nokesquinn.com | Darya S. Druch, Esq.<br>darya@daryalaw.com |
| Paula G. Tripp, Esq.<br>pgt@amclaw.com | Matthew Scott Da Vega, Esq.<br>mdavega@kabolaw.com |
| Christopher T. Lane<br>clane@schuckitlaw.com | Cindy W. Andrew, Esq.<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX  75201-1515 |
| Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA  30309 | |

ORDER ON TRANS UNION, LLC's MOTION TO WITHDRAW
APPEARANCE OF WADE D. FULFORD – 3:08-cv-01521-EDL