Christopher T. Lane, Esq. (IN #21704-49)    Admitted *Pro Hac Vice*
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA  94612
Telephone:  510-465-1788
Fax:  510-874-7219
E-Mail:  darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RODNEY C. NASH, | ) CASE NO. 3:08-cv-01521-JSW |
| Plaintiff, | ) |
| | ) Judge Jeffrey S. White |
| vs. | ) |
| | ) |
| NAVY FEDERAL CREDIT UNION; | ) **ORDER ON TRANS UNION LLC'S** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) **MOTION TO WITHDRAW** |
| an Ohio corporation; TRANS UNION LLC, a | ) **APPEARANCE OF WADE D.** |
| Delaware corporation; and | ) **FULFORD** |
| EQUIFAX INFORMATION SERVICES, LLC, a | ) |
| Georgia corporation; | ) |
| Defendants. | ) |

Christopher T. Lane, of the law firm of Schuckit & Associates, P.C., having filed his Motion requesting that this Court withdraw the Appearance of Wade D. Fulford on behalf of Defendant Trans Union, LLC, AND THE COURT, having been duly advised in the premises, NOW FINDS that the same should be granted.

ORDER ON TRANS UNION, LLC'S MOTION TO WITHDRAW
APPEARANCE OF WADE D. FULFORD – 3:08-cv-01521-EDL

Page 1 of 2

1  IT IS, THEREFORE, ORDERED by this Court that the Appearance of Wade D. Fulford
2  on behalf of Defendant Trans Union, LLC be, and the same hereby is withdrawn.  Christopher T.
3  Lane, of the law firm of Schuckit & Associates, P.C., and Darya S. Druch remain as counsel for
4  Defendant Trans Union, LLC.

Dated: September 5, 2008

_____
JUDGE, United States District Court,
Northern District of California

DISTRIBUTION:

| | |
|---|---|
| Mark F. Anderson, Esq.<br>mark@kabolaw.com | David L. Wallach, Esq.<br>dwallach@jonesday.com |
| Thomas P. Quinn, Jr., Esq.<br>yhoman@nokesquinn.com | Darya S. Druch, Esq.<br>darya@daryalaw.com |
| Paula G. Tripp, Esq.<br>pgt@amclaw.com | Matthew Scott Da Vega, Esq.<br>mdavega@kabolaw.com |
| Christopher T. Lane<br>clane@schuckitlaw.com | Cindy W. Andrew, Esq.<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX  75201-1515 |
| Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA  30309 | |

ORDER ON TRANS UNION, LLC'S MOTION TO WITHDRAW
APPEARANCE OF WADE D. FULFORD – 3:08-cv-01521-EDL