UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. NASH,<br><br>    Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No: 3:08-cv-01521-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, RODNEY NASH against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby dismissed, with prejudice, each party to bear its own costs.

DATED: October 1, 2008

*/s/ Jeffrey S. White*
JUDGE, UNITED STATES DISTRICT COURT

5311468

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX
INFORMATION SERVICES LLC; [PROPOSED] ORDER
Case No: C 08-01521 JSW