UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY C. NASH,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>NAVY FEDERAL CREDIT UNION;<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>an Ohio corporation; TRANS UNION LLC, a<br>Delaware corporation; and<br>EQUIFAX INFORMATION SERVICES, LLC, a<br>Georgia corporation;<br>　　　　Defendants. | ) CASE NO. 3:08-cv-01521-JSW<br>)<br>) Judge Jeffrey S. White<br>)<br>)<br>)<br>) **ORDER OF DISMISSAL WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

Plaintiff Rodney C. Nash, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Rodney C. Nash against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Rodney C. Nash and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: October 27, 2008

*/s/ Jeffrey S. White*
JUDGE, United States District Court,
Northern District of California

ORDER OF DISMISSAL WITH PREJUDICE – 3:08-cv-01521-EDL