KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:    (415) 861-2265
Fax:   (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiff Rodney C. Nash

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. NASH,<br><br>            Plaintiff,<br><br>      vs.<br><br>NAVY FEDERAL CREDIT UNION, et al<br><br>            Defendants.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:08-cv-01521-JSW<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. & DEFENDANT NAVY FEDERAL CREDIT UNION |

   Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against remaining defendants Experian Information Solutions, Inc. and defendant Navy Federal Credit Union are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: ~~December, ___, 2008~~.  January 14, 2009

_____
Judge of the U.S. District Court

Order for Dismissal of Claims (Experian & Navy FCU) in *Nash v Experian.*

1